# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2015

_____

Bryan Lyons,                                            *
                                                       *
          Appellant,                         *
                                                       * Appeal from the United States
    v.                                          * District Court for the
                                                       * Western District of Missouri.
Virginia Bronk; Paula                                  *
Lawndry; Wendolyn Milton,                              * [UNPUBLISHED]
                                                       *
          Appellees.                         *


_____

Submitted: October 6, 2010
Filed: October 7, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Bryan Lyons appeals the district court's[1] preservice dismissal of his civil complaint. After careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we find that dismissal was appropriate because Lyons did not allege facts which would allow an inference that defendants violated his federal rights,

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

*see Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1950 (2009). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____